UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO: 06-60759 CIV-ZLOCH / SNOW

KENEL VIL, ENIDE JEAN VIL, Individually and
as parent and natural guardian of JOSE VIL, a
minor, KERVEN VIL, a minor, STEFANIE VIL,
a minor, ALAIN VIL, a minor, ADELINE VIL,
a minor, ABNER MORILUS, JOACHIN VIL,
YVES GUERRIER and JACQUELIN LAMOUR,
as Co-Personal Representatives of the Estate of
LOUISGENE LAMOUR, and CLESIANA
PETIT-JEAN, as surviving spouse and Personal
Representative of the Estate of TRACIUS PETIT-JEAN,

       Plaintiffs,

vs.

TOYOTA MOTOR SALES, U.S.A., INC.
and TOYOTA MOTOR CORPORATION,

       Defendants.
_____/

**PLAINTIFF, CLESIANA PETIT-JEAN, AS SURVIVING SPOUSE AND PERSONAL
REPRESENTATIVE OF THE ESTATE OF TRACIUS PETIT-JEAN'S
NOTICE OF ACCEPTANCE OF DEFENDANTS' PROPOSALS FOR SETTLEMENT**

       **COMES NOW,** the Plaintiff, CLESIANA PETIT-JEAN, as surviving spouse and Personal Representative of the Estate of TRACIUS PETIT-JEAN by and through her undersigned counsel, and hereby gives notice to the Court and all interested parties that the Defendants, TOYOTA MOTOR SALES, U.S.A., INC. and TOYOTA MOTOR CORPORATION's Proposals For Settlement served September 7, 2007 are hereby accepted by the Plaintiff, CLESIANA PETIT-JEAN, as surviving spouse and Personal Representative of the Estate of TRACIUS PETIT-JEAN.

Dated: October 3, 2007  
Miami, Florida

Respectfully submitted,

s/ Ralph G. Patino  
Ralph G. Patino (Florida Bar No.768881)  
**rpatino@patinolaw.com**  
Patino & Associates, P.A.  
225 Alcazar Avenue  
Coral Gables, Florida 33134  
(305) 443 - 6163  
(305) 443 - 5635  
Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on October 3, 2007, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that this document is being served this day on to all counsels on the attached service list via transmission of Notices of Electronic Filing generated by CM/ECF.

s/ Ralph G. Patino

**Service List**
Vil, et. al. v. Toyota
Case No. 06-CIV-60759-ZLOCH/SNOW

Robert L. Blank, Esq.
Rblank@rumberger.com
Brian Baggot, Esq.
Bbaggot@rumberger.com
Rumberger, Kirk & Caldwell, P.A.
100 North Tampa Street, Suite 2000
Tampa, Florida 33601-3390
Telephone: (813) 223-4253
Facsimile: (813) 221-4752
Attorneys for Defendants,
TOYOTA MOTOR SALES, U.S.A., INC.
and TOYOTA MOTOR CORPORATION